UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| DON ANDERSON, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> vs. </br></br> CLAYTON BANK AND TRUST, </br></br> Defendant. | Case No. 3:12cv00487 </br></br> **CLASS ACTION COMPLAINT** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, in the above-referenced action, all of Plaintiff's claims against Defendant are dismissed with prejudice.

Each party shall bear their own respective costs and fees with respect to this matter.

**APPROVED FOR ENTRY**,

**REEVES, HERBERT & ANDERSON, P.A.**

By: */s/ Heather G. Anderson*
  Heather G. Anderson (BPR # 019408)
  Tyson Place, Suite 130
  2607 Kingston Pike
  Knoxville, TN 37919
  (865) 540-1977 (t)

  Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on  October 26, 2012  a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.

By:  /s/ Susie Lodico

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

   I hereby certify that on    November 27, 2012    a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The undersigned certifies that as of the date above, a copy will be mailed to the following person:

 Jake Kraemer, Esq.
 General Counsel
 Clayton Bank & Trust
 620 Market Street
 Knoxville, TN 37902

              By:    /s/ Heather G. Anderson